
FILED
JAN - 8 2019
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KEITH JONES, <br><br> Plaintiff, <br><br> vs. <br><br> BNSF RAILWAY COMPANY, a Delaware corporation, <br><br> Defendant. | CV 18–146–M–DLC <br><br> ORDER |

Before the Court is Plaintiff Keith Jones's Unopposed Motion for Leave to Allow Attorney Bowman to Attend Preliminary Conference via Telephone. (Doc. 9.)

IT IS ORDERED that the motion (Doc. 9) is GRANTED. Christopher W. Bowman, co-counsel for Jones, will be advised of the call-in information prior to the conference.

Dated this 8th day of January, 2019.

Dana L. Christensen, Chief Judge
United States District Court

1