

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KEITH JONES, | CV 18–146–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| BNSF RAILWAY COMPANY, a Delaware corporation, | |
| Defendant. | |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 94.) Although this case was previously closed following the entry of summary judgment for Defendant BNSF Railway Company (Doc. 91), there remains pending BNSF's Application for Taxation of Costs (Doc. 93).

Thus, IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to bear its own fees and costs.

DATED this 20th day of May, 2020.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

-1-